UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANSARE YOUSSOUF,

Petitioner,

v.

WARDEN, MESA VERDE DETENTION FACILITY,

Respondent.

No.  1:26-cv-0433 DJC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed an unverified petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner filed a request to proceed in forma pauperis, but subsequently paid the filing fee so the request is moot.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent is directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order.  See 28 U.S.C. § 2243.

Petitioner has also filed a motion for appointment of counsel (ECF No. 3).  The Court will reserve its decision on this request until after respondent files its answer or motion to dismiss the

1

petition.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's request to proceed in forma pauperis (ECF No. 2) is denied as moot because the filing fee has been paid.

2.  Respondent is directed to file an answer or motion to dismiss within 7 days from the date of this order.  Respondent shall include with the answer or motion to dismiss any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Any response SHALL provide the Court with copies of all referenced/relevant portions of petitioner's A-File and other supporting documents, including at minimum any and all release orders, any and all supervision orders, any relevant violations of release or supervision, any and all detention orders, any and all removal orders, and any referenced Notice(s) to Appear.

3.  Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 10 days after being served with a copy of respondent's answer or motion to dismiss.  A reply by respondent to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

4.  Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties.  Service of documents at the address of record for a party is fully effective.  L.R. 182(f).  A party's failure to inform the court of a change of address may result in the imposition of sanctions including dismissal of the action.

Dated:  February 2, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/yous0433.100.ps.imm

2