UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOUSSOUF MANSARE (A-245-856-913),

Petitioner,

v.

MINGA WOFFORD, et al.,

Respondents.

No.  1:26-cv-0433 DJC CSK

ORDER

Petitioner is a noncitizen prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 24, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Respondents filed objections to the findings and recommendations.  On March 24, 2026, Petitioner filed a notice of non-objection to the Magistrate Judge's findings and recommendations, but requested that the district court also order petitioner's release under the same supervision requirements that applied prior to his detention, and enjoin respondents from imposing any additional

1

alternatives to detention, including, for example, an ankle monitor or increased reporting requirements.  (ECF No. 21 at 2; *see also* ECF No. 15 at 22.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 13) are adopted in full.

2.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3.  Respondents are required to immediately release petitioner Youssouf Mansare (A-245-856-913) from detention under the previously imposed conditions of release, and shall provide petitioner with a copy of the release order at or near the time of release.  If respondents have custody of petitioner's documents (e.g., identification, passport, work permit, Social Security card, etc.), respondents shall return those to petitioner at the time of release.

4.  Absent establishment of detention authority pursuant to 8 U.S.C. § 1226(c) or 8 U.S.C. § 1231, respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless the government demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified. Petitioner shall be allowed to have his counsel present at any such hearing.

5.  Judgment is entered in favor of the petitioner, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2